UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                     Criminal No. 12-185 ADM/FLN

    Plaintiff,

v.                                                                         O R D E R

Rikki Lee Gilow, Jerry Anthony
Harvey, and Eric Michelle Hunter,

    Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated September 24, 2012, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Defendants' motions to suppress evidence (Docket Nos. 37, 47, and 57) are DENIED.

DATED: October 9, 2012                                    s/Ann D. Montgomery

at Minneapolis, Minnesota                                 JUDGE ANN D. MONTGOMERY
                                                                United States District Court